# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

Robert P. Young, Jr.,
Chief Justice

142871

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRYAN MAURICE McGHEE,
      Defendant-Appellant.

SC: 142871
COA: 295708
Wayne CC: 09-017549-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and MARILYN KELLY, JJ., would grant the application for leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

_____
Clerk

t1019